UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN K. MARTIN,

    Plaintiff,

v.   Case No. 5:22-cv-8-TKW/MJF

M. WILLIAMS, *et al.*,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as an abuse of the judicial process pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(i) due to Plaintiff's failure to fully disclose his litigation history.

Accordingly, it is **ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order; this case is **DISMISSED** without prejudice; and the Clerk shall close the case file.

**DONE and ORDERED** this 13th day of June, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**